1  Jason A. Geller (CA SBN 168149)
   jgeller@fisherphillips.com
2  Juan C. Araneda (CA SBN 213041)
   jaraneda@fisherphillips.com
3  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2050
4  San Francisco, CA  94111
   Telephone:  415/490-9000
5  Facsimile:   415/490-9001

6  Attorneys for Defendant
   WAL-MART STORES, INC.
7

8  Andy Katz (CA SBN 264941)
   andy@andykatzlaw.com
9  LAW OFFICES OF ANDY KATZ
   2001 Addison Street, Suite 300
10 Berkeley, CA 94704
   Telephone: (510) 465-4400
11 Facsimile: (510) 679-3277

12 Attorneys for Plaintiff
   ERMELINDA WHITNEY
13

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18

19

| ERMELINDA WHITNEY, | Case No.: 3:16-cv-03207-JST |
|---|---|
| Plaintiff, | [*Removed from Contra Costa County Superior Court, Case No. C16-00765*] |
| vs. | |
| WAL-MART STORES, INC., | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

25       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

26 ERMELINDA WHITNEY and Defendant WAL-MART STORES, INC., by and through their

27 respective attorneys of record, that the above-captioned action be and hereby is DISMISSED

28 WITH PREJUDICE in its entirety and with respect to all parties pursuant to Federal Rule of

---

STIPULATION FOR DISMISSAL WITH PREJUDICE                                              1

1  Civil Procedure 41(a)(1).  The parties further stipulate that each party shall bear their own costs
2  and attorneys' fees.  The Clerk shall close this file.
3  **IT IS SO STIPULATED.**
4  Respectfully submitted,
5  Date:  June 29, 2017					LAW OFFICES OF ANDY KATZ
6
7						By: */s/ Andy Katz*_____
						Andy Katz
						Attorneys for Plaintiff
8						ERMELINDA WHITNEY
9
10
11 Date:  June 29, 2017					FISHER & PHILLIPS LLP
12
13						By: */s/ Juan C. Araneda*__
						Juan C. Araneda
						Attorneys for Defendant
14						WAL-MART STORES, INC.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF CONSENT

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Plaintiff Ermelinda Whitney.

DATED: June 29, 2017                     */s/ Juan C. Araneda*
                                         Juan C. Araneda

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of Contra Costa County. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 2050, San Francisco, California 94111.

On this date pursuant to the General Order on Electronic Filing of the Northern District of California, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the clerk of the Court using the CM/ECF filing system, which will send notification of such filing(s) to the following:

| Andy Katz<br>LAW OFFICES OF ANDY KATZ<br>2001 Addison Street, Suite 300<br>Berkeley, CA 94704 | *Attorneys for Plaintiff*<br><br>Telephone:   (510) 465-4400<br>Facsimile:    (510) 679-3277 |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2017, at San Francisco, California.

/s/*Stephanie Arwick*
   Stephanie Arwick

---

CERTIFICATE OF SERVICE                                                                                     1
FPDOCS 32878180.1